**Mark KUTNYAK, Appellant,**

v.

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF CORRECTIONS, and Pennsylvania State Police et al, Appellees.**

Supreme Court of Pennsylvania.

Oct. 21, 2004.

---

### ORDER

PER CURIAM.

AND NOW, this 21st day of October, 2004, the order of the Commonwealth Court is AFFIRMED.